THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE TRUSTEES FOR THE LOCAL 309 ELECTRICAL HEALTH AND WELFARE FUND, et al., | ) ) ) ) |
| Plaintiffs/Judgment Creditors | ) Case No. 10-cv-0168-MJR ) |
| v. | ) ) |
| T.L.T. ELECTRIC, INC., ET AL. | ) ) |
| Defendants/Judgment Debtor | ) |

## PAY-OVER ORDER

AMOUNT:   $3,243.90

TO:   Regions Bank
      114 West Broadway
      Sparta, Illinois 62286

This acknowledges receipt of your Answers to Interrogatories in the above-styled case, which state that you have in your possession the amount stated above due Defendants T.L.T. Electric, Inc. d/b/a Thompson Electric, Inc. and T.L.T. Electric, Inc. 10598 Randolph Co Line Rd, Marissa, IL 62257.

Please remit payment to **Schuchat, Cook & Werner** in the amount stated above and forward to: Schuchat, Cook & Werner, Attn: Matthew B. Leppert, 1221 Locust Street, 2nd Floor, St. Louis, Missouri 63103.

IT IS SO ORDERED.

DATE:   January 29, 2013

s/ Michael J. Reagan
MICHAEL J. REAGAN
UNITED STATES DISTRICT JUDGE